No. 95–8462. SMART v. PURNELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–8472. COTTON v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8481. SHABAZZ v. UNKNOWN NAMED HEADS OF CLANDESTINE SECRET BODIES OF THE LEXINGTON, OKLAHOMA, CORRECTIONAL CENTER MAIL ROOM AND LITERARY REVIEW COMMITTEE MEMBERS ET AL. (two judgments). Sup. Ct. Okla. Certiorari denied.

No. 95–8482. ROSS v. NELTHROPP. Super. Ct. Pa. Certiorari denied.

No. 95–8492. FRASER DEEBLE v. DYSLIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8494. DEYOUNG v. KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8499. DYMITS v. GRIM. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–8501. BOYD v. MISSISSIPPI (two judgments). Sup. Ct. Miss. Certiorari denied.

No. 95–8504. CURRENT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–8510. JOHNSON v. AARON ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8515. MAYDAK v. WENER ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8517. MORRIS v. HOUSING AUTHORITY OF KANSAS CITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8518. STANISLAW v. NAVAJO COUNTY BOARD OF SUPERVISORS ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8519. TAYLOR v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.